B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Shared Marketing Services, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>9133 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>444 N. Michigan Avenue, Suite 2800<br>Chicago, IL<br>ZIP CODE 60611 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11) — Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Shared Marketing Services, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: n/a | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: n/a | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Shared Marketing Services, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ Stephen T. Bobo<br>Signature of Attorney for Debtor(s)<br>Stephen T. Bobo<br>Printed Name of Attorney for Debtor(s)<br>Reed Smith LLP<br>Firm Name<br>10 S. Wacker Drive, 40th Flr.<br>Chicago, IL 60606<br>Address<br>312-207-1000<br>Telephone Number<br>06/15/2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Rick Lattanzio<br>Signature of Authorized Individual<br>Rick Lattanzio<br>Printed Name of Authorized Individual<br>President and CEO<br>Title of Authorized Individual<br>06/15/2012<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of Illinois

In re Shared Marketing Services, Inc., Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EFTPS | I.R.S. Department of Treasury Cincinnati, OH 45999-0005 | Taxes | | 378,911.83 |
| Lehigh Direct | 1900 S. 25th Avenue Broadview, IL 60155-4597 | Trade Debt | | 302,724.76 |
| Commercial Communications Inc. | Box 88561 Milwaukee, WI 53288-0561 | Trade Debt | | 178,139.03 |
| Michael Best & Friedrich | Accounting Department 35206 Eagle Way Chicago, IL 60678-1352 | Legal Fees | | 177,040.03 |
| Illinois Department of Revenue | P.O. Box 88294 Chicago, IL 60680-1294 | Taxes | | 55,500.22 |
| GLL Properties 444 North Michigan, LP | Wachovia Bank, NA PO Box 601112 Charlotte, NC 28260-1112 | Office Rent | | 47,453.20 |
| Director of Employment Security | PO Box 803412 Chicago, IL 60680-3412 | Employment Insurance | | 46,665.44 |
| Espinosa | Trueba, PL | 3001 SW 3rd Avenue Miami, Florida 33129 | Legal Fees | | 31,034.78 |
| Scopelitis, Garvin, Light, Hanson & Feary | 10 West Market Street Suite 1500 Indianapolis, IN 46204-2965 | Legal Fees | | 10,792.55 |
| Pitney Bowes Purchase Power | P.O. Box 371874 Pittsburgh PA 15250-7874 | Trade Debt | | 10,729.04 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Creditor | Address | Nature | Contingent/Unliquidated/Disputed | Amount |
|---|---|---|---|---|
| RT Associates | 3727 Ventura Drive, Arlington Heights IL 60004-7952 | Trade Debt | | 9,591.65 |
| Graphics Plus | 1808 Ogden Avenue, Lisle, IL 60532-1501 | Trade Debt | | 9,345.00 |
| Chicago Office Technology Group | PO Box 5940, Lock Box #20-COE 001, Carol Stream, IL 60197-5940 | Trade Debt | | 4,836.47 |
| Advanced Telecommunications of Illinois | 1272 Bond Street, Suite 100, Naperville, IL 60563 | Trade Debt | | 4,601.00 |
| Dell Business Credit | Payment Processing Center, PO Box 5275, Carol Stream, IL 60197-5275 | Trade Debt | | 4,488.67 |
| G.E. Capital Trans Leasing | PO Box 740423, Atlanta, GA 30374-0423 | Lease Payment | | 3,344.31 |
| K-Plus Computer Services | 600 W. Van Buren, Suite 1000, Chicago, IL 60607 | Trade Debt | | 1,500.00 |
| TrasOptions Messaging, Inc. | Suite 207, 19590 E. Mainstreet, Parker, CO 80138-7371 | Trade Debt | | 1,130.80 |
| Xerox Financial Services | PO Box 202882, Dallas TX 75320-2882 | Trade Debt | | 1,016.19 |
| E Com | 8237 Vicela Drive, Sarasota, FL 34240 | Alleged Infringement Litigation | Contingent Unliquidated Disputed | Unknown |

Date: June 15, 2012

*[signature]*

Debtor
Rick Lattanzie
President and CEO

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

Form B2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation   named as debtor in this case, declare under penalty of perjury that I have read the foregoing  list  and that it is true and correct to the best of my information and belief.

Date    June 15, 2012

Signature _____

Rick Lattanzio, President and CEO
(Print Name and Title)

**United States Bankruptcy Court**
**Northern District of Illinois**

In re <u>Shared Marketing Services, Inc.</u>        Case No. _____

                                                                         Chapter  11 _____

## VERIFICATION OF CREDITOR MATRIX

                                                                Number of Creditors: _____61_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  June 15, 2012                        _____
                                                        Rick Lattanzio/ President and CEO
                                                        Signer/Title

US_ACTIVE-109761811.1

Advanced Telecommunications of Illinois
1272 Bond Street
Suite 100
Naperville, IL 60563

Chicago Office Technology Group
PO Box 5940
Lock Box #20-COE 001
Carol Stream, IL 60197-5940

Commercial Communications, Inc
Box 88561
Milwaukee, WI 53288-0561

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Director of Employment Security
PO Box 803412
Chicago, IL 60680-3412

EFTPS
I.R.S. Department of Treasury
Cincinnati, OH 45999-0005

Espinosa | Trueba, PL
3001 SW 3rd Avenue
Miami, Florida 33129

G.E. Capital Trans Leasing
PO Box 740423
Atlanta, GA 30374-0423

GLL Properties 444 North Michigan, LP
Wachovia Bank, NA PO Box 601112
Charlotte, NC 28260-1112

Graphics Plus
1808 Ogden Avenue
Lisle, IL 60532-1501

Illinois Department of Revenue
P.O. Box 88294
Chicago, IL 60680-1294

Kastle Systems
PO Box 75230
Baltimore, MD 21275-5230

Lehigh Direct
1900 S. 25th Avenue
Broadview, IL 60155-4597

Michael Best & Friedrich
Accounting Department
35206 Eagle Way
Chicago, IL 60678-1352

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874

RT Associates
3727 Ventura Drive
Arlington Heights IL 60004-7952

Scopelitis, Garvin, Light, Hanson & Feary
10 West Market Street
Suite 1500
Indianapolis, IN 46204-2965

TransOptions Messaging, Inc.
Suite 207
19590 E. Mainstreet
Parker, CO 80138-7371

Xerox Financial Services
PO Box 202882
Dallas TX 75320-2882

K-Plus Computer Services
600 W. Van Buren
Suite 1000
Chicago, IL 60607

Paylocity
Department #2007
PO Box 87844
Carol Stream, IL 60188

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Dynamex
12837 Collections Center Drive
Chicago, IL  60693

Aberdeen LLC
9130 Norwalk Blvd
Santa Fe Springs, CA 90670

Abt
1200 N. Milwaukee Avenue
Glenview, IL 60025

Allied Insurance
PO Box 10479
Des Moines, IA 50306-0479

American Express
Suite 0001
Chicago, IL  60679-0001

American General Insurance
Payment Processing Center
PO Box 0798
Carol Stream IL 60132-0798

Antique Coffee & Vending Service, Inc.
975 Criss Circle
Elk Grove Village, IL 60007

ARIN
PO Box 79010
Baltimore MD 21279-0010

Atlas Stationers
227 W. Lake Street
Chicago, IL  60606

Berkshire Life
Berkshire Direct Billing
PO Box 644782
Pittsburgh PA 15264-4782

Blue Cross Blue Shield
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255

CCI CoakleyTech
1225 Walnut Ridge Drive
Hartland WI 53029

Ceridian
PO Box 10989
Newark, NJ 07193

Cintas
1201 W. St. Charles Road
Maywood, IL 60153

City of Chicago Department of Revenue
33 N LaSalle Street
Suite 700
Chicago IL 60602

CliftonLarsonAllen, LLP
770 Lake Cook Road
Suite 350
Deerfield, IL 60015

Comcast
PO Box 37601
Philadelphia PA 19101-0601

ComEd
ComEd Bill Payment Center
Chicago, IL  60668-0001

Dell Financial
Services Payment Processing Center
PO Box 5292
Carol Stream IL 60197-5292

Federal Express
P. O. Box 94515
Palatine, IL 60094-4515

Genworth Life and Annuity Insurance Co
PO Box 10720
Lynchburg, VA 24506-0720

Globalcom
PO Box 71-5248
Columbus, OH 43271-5248

Guardian - Appleton
PO Box 677458
Dallas, TX 75267-7458

Harris Bank
PO Box 88840
Carol Stream IL 60188-0840

Hartford
P.O. Box 660916
Dallas TX 75266-0916

ING Life Insurance and Annuity Company
Anniversary Services
P.O. Box 150403
Hartford, CT  06115-0403

InnerWorkings
Accounts Receivable
27011 Network Place
Chicago IL 60673

Iron Mountain
PO Box 27128 New York,
NY 10087-7128

Juskie Printing
2820 Hitchcock Ave.
Unit E
Downers Grove, IL 60515

North American/Graphic Services Group
2101 Claire Court
Glenview, IL 60025

```
Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Inc.
P.O. Box 371896
Pittsburgh PA 15250-7896

Protective Life Insurance Company
PO Box 2224
Birmingham, AL 35246-0030

Sprint
PO Box 219100
Kansas City MO 64121-9100

Tiger Direct
c/o SYX Services
PO Box 449001
Miami FL 33144-9001

Tobe Enterprises
9700 Park Plaza Ave.
Suite 210
Louisville KY 40241-2287

Towerstream Corporation
PO Box 414061
Boston MA 02241-4061

UPS
Lockbox 577
Carol Stream, IL 60132-0577

E Com Systems, Inc
8237 Vicela Drive
Sarasota, FL 34240
```