IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br>SHARED MARKETING SERVICES, INC.,<br>Debtor. | Chapter 11<br>Case No. 12-24275<br>Hon. Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

I, Stephen T. Bobo, hereby certify that on February 11, 2014, a copy of the attached Notice of Hearing on Final Application for Professional Compensation Filed by Reed Smith LLP was served on the following parties, via U.S. Mail:

Aberdeen LLC
9130 Norwalk Blvd
Santa Fe Springs, CA 90670-2534

Abt
1200 N. Milwaukee Avenue
Glenview, IL 60025-2416

Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 2000
Chicago, IL 60601-6807

Advanced Telecommunications of Illinois
1272 Bond Street
Suite 100
Naperville, IL 60563-3084

American Express Travel Related Services Co
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

ARIN
PO Box 79010
Baltimore, MD 21279-0010

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(p) ALLIED INSURANCE
1100 LOCUST STREET D1-7C-0301
DES MOINES, IA 50391-0301

Ace Hardware Corporation
c/o Thomas P. Heneghan
Whyte Hirschboeck Dudek S.C.
P.O. Box 1379
Madison, WI 53701-1379

Atlas Stationers
227 W. Lake Street
Chicago, IL 60606-1831

American General Insurance
Payment Processing Center
PO Box 0798
Carol Stream, IL 60132-0798

American Express
Suite 0001
Chicago, IL 60679-0001

Antique Coffee & Vending Service, Inc.
975 Criss Circle
Elk Grove Village, IL 60007-1201

American Registry for Internet Numbers, Ltd.
Attn: Michael Abejuela
3635 Concorde Parkway, Suite 200
Chantilly, VA 20151-1125

American Honda Motor Co., Inc.
Kenneth S. Leonetti FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2698

Bayer HealthCare, LLC
Medical Care
555 White Plains Road
Tarrytown, NY 10591-5109

Bayer Healthcare Diabetes Care Division
PO Box 838
Pittsburg, PA 15230-0838

American Honda Motorcycles
1919 Torrance Blvd. Mail Stop 100-4C-4C
Torrance, CA 90501-2746

Berkshire Life
Berkshire Direct Billing
PO Box 644782
Pittsburgh PA 15264-4782

Blue Cross Blue Shield
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255

CCI CoakleyTech
Commerical Communications Inc
1225 Walnut Ridge Drive
Hartland, WI 53029-8300

Ceridian
PO Box 10989
Newark, NJ 07193-0989

Chicago Office Technology Group
PO Box 5940
Lock Box #20-COE 001
Carol Stream, IL 60197-5940

Cintas
1201 W. St. Charles Road
Maywood, IL 60153-1320

City of Chicago Department of Revenue
33 N LaSalle Street
Suite 700
Chicago IL 60602-3421

CliftonLarsonAllen, LLP
770 Lake Cook Road
Suite 350
Deerfield, IL 60015-4940

ComEd
ComEd Bill Payment Center
Chicago, IL 60668-0001

ComEd
P.O. Box 611
Carol Stream, IL 60192-6111

Comcast
PO Box 37601
Philadelphia PA 19101-0601

Commercial Communications, Inc
PO Box 88561
Milwaukee, WI 53288-0561

Commonwealth Edison Company
Attn: Bankruptcy
3 Lincoln Center
Oakbrook Terrace, IL 60181-4204

Comsystems Inc.
8237 Vicela Drive
Sarasota, FL 34240-1462

DFS-Bankruptcy
One Dell Way; Bldg. 3; Mailstop RR3-63
Round Rock, TX 78682-7000

DELL FINANCIAL SERVICES
PO BOX 81577
AUSTIN, TX 78708-1577

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dept. of Treasury -- Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dynamex
12837 Collections Center Drive
Chicago, IL 60693-0128

Equilon Enterprises LLC dba
Shell Oil Product
Attn: Anna Hathaway
910 Louisiana Street, Room 1162
Houston, TX 77002-4941

Espinosa
Trueba, PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

G.E. Capital Trans Leasing
PO Box 740423
Atlanta, GA 30374-0423

GLL Properties 444 North
Michigan, LP
Wachovia Bank, NA PO Box
601112
Charlotte, NC 28260-1112

GLL Properties 444 North
Michigan, LP
c/o Levin Ginsburg and Jeffrey
Galkin
180 North LaSalle Street, Suite 3200
Chicago, Illinois 60601-2800

General Electric Capital
Corporation
GE Capital - attn: Courtney
Timmerman
1010 Thomas Edison Blvd.
Cedar Rapids, IA 52404-8247

Genworth Life and Annuity
Insurance Co
PO Box 10720
Lynchburg, VA 24506-0720

Globalcom
PO Box 71-5248
Columbus, OH 43271-5248

Graphics Plus
1808 Ogden Avenue
Lisle, IL 60532-1501

Guardian – Appleton
PO Box 677458
Dallas, TX 75267-7458

Harris Bank
PO Box 88840
Carol Stream, IL 60188-0840

Hartford
P.O. Box 660916
Dallas TX 75266-0916

Hartford Fire Insurance
Company
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford, CT 06115

Honda Power Equipment
Attn John Lally
4900 Marconi Dr.
Alpharetta, GA 30005-2033

ING Life Insurance and Annuity
Company
Anniversary Services
P.O. Box 150403
Hartford, CT 06115-0403

Illinois Department of
Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
P.O. Box 88294
Chicago, IL 60680-1294

Illinois Director of Employment
Security
PO Box 803412
Chicago, IL 60680-3412

InnerWorkings
Accounts Receivable
27011 Network Place
Chicago IL 60673-1270

Iron Mountain
PO Box 27128
New York, NY 10087-7128

Iron Mountain Information
Management, Inc.
Attn: Joseph Corrigan
745 Atlantic Avenue 10th Fl
Boston, MA 02111-2735

Juskie Printing
2820 Hitchcock Ave.
Unit E
Downers Grove, IL 60515-4062

K-Plus Computer Services
328 South Jefferson Street
Suite 218
Chicago, IL 60661-5664

K-Plus Computer Services
600 W. Van Buren
Suite 1000
Chicago, IL 60607-3767

Kastle Systems
PO Box 75230
Baltimore, MD 21275-5230

Lehigh Direct
1900 S. 25th Avenue
Broadview, IL 60155-2800

Mannington Mills
Attn: Sandy Tyson
P.O. Box 30
Salem, NJ 08079-0030

Melissa Data Corporation
22382 Avenida Empresa
Rancho Santa Margarita, CA 92688-2112

Michael Best & Friedrich
Carrie C. Ruzicka
Two Prudential Plaza
180 N. Stetson Avenue, Ste 2000
Chicago, IL 60601-6807

Motive Enterprises, LLC
Attn: Anna Hathaway
910 Louisiana Street, Room 1162
Houston, TX 77002-4916

North American/Graphic Services Group
2101 Claire Court
Glenview, IL 60025-7634

Paylocity
Department #2007
PO Box 87844
Carol Stream, IL 60188-7844

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville, FL 32256-6016

Pitney Bowes Inc.
P.O. Box 371896
Pittsburgh PA 15250-7896

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874

Protective Life Insurance Company
PO Box 2224
Birmingham, AL 35246-0030

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

RT Associates
3727 Ventura Drive
Arlington Heights IL 60004-7552

Scopelitis, Garvin, Light, Hanson & Feary
10 West Market Street
Suite 1500
Indianapolis, IN 46204-2965

Shell Oil Company
910 Louisiana Street
Houston, TX 77002-4934

Shell Oil Company
Motive Enterprises
P.O. Box 4935
Houston, TX 77210-4935

Sprint
PO Box 219100
Kansas City, MO 64121-9100

Tiger Direct
c/o SYX Services
PO Box 449001
Miami, FL 33144-9001

Tobe Enterprises
9700 Park Plaza Ave.
Suite 210
Louisville, KY 40241-2287

Towerstream Corporation
PO Box 414061
Boston, MA 02241-4061

TransOptions Messaging, Inc.
Suite 207
19590 E. Mainstreet
Parker, CO 80138-7371

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

Allied Insurance
PO Box 10479
Des Moines, IA 50306-0479

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

(d)Dell Financial Services Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0005

Illinois Department of Revenue
James R. Thompson Center – Concourse
100 W Randolph Street
Chicago, IL 60601-3274

eComSystems, Inc.
c/o Melissa Hinds
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-5474

eComsystems, Inc.
8237 Vicela Drive
Sarasota, FL 34240-1462

Rick Lattanzio
Strategic Fuse
444 N. Michigan Ave.
Suite 2800
Chicago, IL 60611

Alex D. Moglia
Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL 60173

Denise DeLaurent
Office of the U.S. Trustee,
Region 11
219 Dearborn Street
Room 873
Chicago, IL 60604

Dated: February 12, 2014.

Respectfully submitted,

SHARED MARKETING SERVICES, INC.
Debtor and Debtor in Possession

By: /s/ Stephen T. Bobo
   One of Its Attorneys

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
sbobo@reedsmith.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br>SHARED MARKETING SERVICES, INC.,<br>Debtor. | Chapter 11<br>Case No. 12-24275<br>Hon. Jack B. Schmetterer |

### NOTICE OF HEARING ON FINAL APPLICATION FOR PROFESSIONAL COMPENSATION FILED BY REED SMITH LLP

TO:    ALL CREDITORS AND PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on February 11, 2014, Reed Smith LLP, bankruptcy counsel to Shared Marketing Services, Inc. (the "Debtor"), filed its application for final compensation for professional services provided to the Debtor in this case. In its application, Reed Smith seeks professional fees in the amount of $27,062.00 and reimbursement of expenses in the amount of $778.20 for the period of November 1, 2013 through December 31, 2013. The application also seeks confirmation of the amounts of interim compensation and expense reimbursement previously awarded to Reed Smith pursuant to its first application for interim compensation and expense reimbursement filed on November 5, 2012 and its second application for interim compensation and expense reimbursement filed on December 3, 2013.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Reed Smith application on Tuesday, March 11, 2014 at 10:00 a.m. before Bankruptcy Judge Jack B. Schmetterer in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604. Copies of the Reed Smith application are available from the Clerk of the Bankruptcy Court or

from Debtor's counsel, Stephen T. Bobo, Reed Smith LLP, 10 S. Wacker Drive, 40th Floor, Chicago, IL 60606, whose email address is sbobo@reedsmith.com.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Reed Smith application must be placed in writing and filed no later than March 4, 2014 with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604, with a copy served contemporaneously upon Debtor's counsel, Stephen T. Bobo, Reed Smith LLP, 10 S. Wacker Drive, 40th Floor, Chicago, IL 60606, whose email address is sbobo@reedsmith.com.

        Reed Smith, LLP, attorney for
        Shared Marketing Services, Inc.

        By: /s/ Stephen T. Bobo
            One of Its Attorneys

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
sbobo@reedsmith.com