UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | Case No. 12-24275 |
| SHARED MARKETING SERVICES, INC., | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Hearing Date: March 20, 2014 |
| | ) | Hearing Time: 11:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 20, 2014 at 11:30 a.m., we shall appear before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division, in **Courtroom 682** of the United States Courthouse, 219 S. Dearborn, Chicago, Illinois and then and there present the **Motion of Liquidating Trustee of Shared Marketing Services, Inc. for Entry of Final Decree**, a copy of which is attached hereto and hereby served upon you.

Dated: February 20, 2014.

                                        Alex Moglia, Liquidating Trustee of Shared
                                        Marketing Services, Inc.

                                        By:  /s/ Stephen T. Bobo
                                                   One of Its Attorneys

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
sbobo@reedsmith.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 12-24275 |
| ) | |
| SHARED MARKETING SERVICES, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | Hon. Jack B. Schmetterer |
| ) | |

## MOTION OF LIQUIDATING TRUSTEE OF SHARED MARKETING SERVICES, INC. FOR ENTRY OF FINAL DECREE

Alex Moglia, as Liquidating Trustee (the "Liquidating Trustee") of the assets of Shared Marketing Services, Inc., requests entry of a final decree closing this chapter 11 case. In support of his motion, the Liquidating Trustee states as follows:

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding under 11 U.S.C. § 157(b)(2)(A).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. On June 15, 2012, Shared Marketing Services, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), in this Court. No chapter 11 trustee was appointed, and the Debtor operated its business and administered its affairs as debtor in possession.

5. The Debtor's Second Amended chapter 11 Plan was confirmed by an order entered by this court on November 14, 2013. The Plan provided for the continued operation of the Debtor's business through the earlier of the date on which it sold its business or December 31, 2013.

6. The Debtor filed a motion to approve a sale of its operating assets, pursuant to Section 363 of the Bankruptcy Code, except for the Debtor's accounts receivable. This motion was approved by an order entered by this Court on December 17, 2013.

7. The sale of the Debtor's operating assets closed on December 20, 2013, and the transfer to the buyer became effective as of the close of business on December 31, 2013. The Debtor stopped operating its business on that date.

8. The Effective Date for the Plan was reached on January 1, 2014. Pursuant to the terms of the Plan, on the Effective Date the remaining assets of the Debtor were transferred to the Liquidating Trust established pursuant to the Plan. The Liquidating Trustee assumed control of those assets, which were principally the Debtor's accounts receivable plus its books and records, and is administering them pursuant to the terms of the Plan.

9. Since January 1, 2014, the Liquidating Trustee has collected the Debtor's accounts receivable and made payment in full to all holders of administrative expenses. The Liquidating Trustee is in the process of distributing the remainder of the funds available on account of pre-petition priority tax claims.

10. Any portion of the funds remaining after paying priority tax claims will be used to make a distribution on account of Class 3 and Class 4 general unsecured claims. However, the Liquidating Trustee believes that it is unlikely that any funds will remain for that purpose.

11. Accordingly, entry of a final decree closing this case is appropriate. The legal issues in the case have been resolved, and the Plan has been substantially consummated by the transfer of the Debtor's remaining assets to the Liquidating Trust. Through the sale of the Debtor's business and the collection of the Debtor's accounts receivable, the assets of the Debtor have been fully administered. The proceeds from those assets are in the process of being fully distributed. No further administration is required in this case.

12. The Liquidating Trustee has given notice of this motion to the Debtor, all creditors, and the U.S. Trustee.

WHEREFORE, the Liquidating Trustee respectfully requests that this Court enter a final decree closing this chapter 11 case and granting such other relief as may be appropriate and just in the circumstances.

Dated: February 20, 2014

Respectfully submitted,

**Alex Moglia, Liquidating Trustee of Shared Marketing Services, Inc.**

By: /s/Stephen T. Bobo
      One of his attorneys

Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
sbobo@reedsmith.com

3

## CERTIFICATE OF SERVICE

I, Stephen T. Bobo, certify that on February 20, 2014, I caused the foregoing **Motion of Liquidating Trustee of Shared Marketing Services, Inc. for Entry of Final Decree**, to be served on the parties via the Court's CM/ECF system, to each party that has filed an electronic appearance in this proceeding and First Class U.S. Mail postage prepaid on the following party:

Rick Lattanzio
Strategic Fuse
444 N. Michigan Ave.
Suite 2800
Chicago, IL 60611

Alex D. Moglia
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173

By: /s/ Stephen T. Bobo