IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br><br>SHARED MARKETING SERVICES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-24275<br><br>Hon. Jack B. Schmetterer |

**CERTIFICATE OF SERVICE**

I, Stephen T. Bobo, hereby certify that on February 20, 2014, a copy of the attached Notice of Hearing on Motion for Final Decree and Report on Distributions Made Under the Confirmed Second Amended Chapter 11 Plan of Shared Marketing Services, Inc. were served on the following parties, via U.S. Mail:

Aberdeen LLC
9130 Norwalk Blvd
Santa Fe Springs, CA 90670-2534

Abt
1200 N. Milwaukee Avenue
Glenview, IL 60025-2416

Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 2000
Chicago, IL 60601-6807

Advanced Telecommunications
of Illinois
1272 Bond Street
Suite 100
Naperville, IL 60563-3084

American Express Travel Related
Services Co
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

ARIN
PO Box 79010
Baltimore, MD 21279-0010

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(p) ALLIED INSURANCE
1100 LOCUST STREET D1-7C-0301
DES MOINES, IA 50391-0301

Ace Hardware Corporation
c/o Thomas P. Heneghan
Whyte Hirschboeck Dudek S.C.
P.O. Box 1379
Madison, WI 53701-1379

Atlas Stationers
227 W. Lake Street
Chicago, IL 60606-1831

American General Insurance
Payment Processing Center
PO Box 0798
Carol Stream, IL 60132-0798

American Express
Suite 0001
Chicago, IL 60679-0001

| | | |
|---|---|---|
| Antique Coffee & Vending Service, Inc.<br>975 Criss Circle<br>Elk Grove Village, IL 60007-1201 | American Registry for Internet Numbers, Ltd.<br>Attn: Michael Abejuela<br>3635 Concorde Parkway, Suite 200<br>Chantilly, VA 20151-1125 | American Honda Motor Co., Inc.<br>Kenneth S. Leonetti FOLEY HOAG LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2698 |
| Bayer HealthCare, LLC<br>Medical Care<br>555 White Plains Road<br>Tarrytown, NY 10591-5109 | Bayer Healthcare Diabetes Care Division<br>PO Box 838<br>Pittsburg, PA 15230-0838 | American Honda Motorcycles<br>1919 Torrance Blvd. Mail Stop 100-4C-4C<br>Torrance, CA 90501-2746 |
| Berkshire Life<br>Berkshire Direct Billing<br>PO Box 644782<br>Pittsburgh PA 15264-4782 | Blue Cross Blue Shield<br>Health Care Service Corporation<br>25550 Network Place<br>Chicago, IL 60673-1255 | CCI CoakleyTech<br>Commerical Communications Inc<br>1225 Walnut Ridge Drive<br>Hartland, WI 53029-8300 |
| Ceridian<br>PO Box 10989<br>Newark, NJ 07193-0989 | Chicago Office Technology Group<br>PO Box 5940<br>Lock Box #20-COE 001<br>Carol Stream, IL 60197-5940 | Cintas<br>1201 W. St. Charles Road<br>Maywood, IL 60153-1320 |
| City of Chicago Department of Revenue<br>33 N LaSalle Street<br>Suite 700<br>Chicago IL 60602-3421 | CliftonLarsonAllen, LLP<br>770 Lake Cook Road<br>Suite 350<br>Deerfield, IL 60015-4940 | ComEd<br>ComEd Bill Payment Center<br>Chicago, IL 60668-0001 |
| ComEd<br>P.O. Box 611<br>Carol Stream, IL 60192-6111 | Comcast<br>PO Box 37601<br>Philadelphia PA 19101-0601 | Commercial Communications, Inc<br>PO Box 88561<br>Milwaukee, WI 53288-0561 |
| Commonwealth Edison Company<br>Attn: Bankruptcy<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181-4204 | Comsystems Inc.<br>8237 Vicela Drive<br>Sarasota, FL 34240-1462 | DFS-Bankruptcy<br>One Dell Way; Bldg. 3; Mailstop RR3-63<br>Round Rock, TX 78682-7000 |
| DELL FINANCIAL SERVICES<br>PO BOX 81577<br>AUSTIN, TX 78708-1577 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dept. of Treasury – Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Dynamex<br>12837 Collections Center Drive<br>Chicago, IL 60693-0128 | Equilon Enterprises LLC dba<br>Shell Oil Product<br>Attn: Anna Hathaway<br>910 Louisiana Street, Room 1162<br>Houston, TX 77002-4941 | Espinosa<br>Trueba, PL<br>1428 Brickell Avenue<br>Suite 100<br>Miami, FL 33131 |
| Federal Express<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | G.E. Capital Trans Leasing<br>PO Box 740423<br>Atlanta, GA 30374-0423 | GLL Properties 444 North<br>Michigan, LP<br>Wachovia Bank, NA PO Box 601112<br>Charlotte, NC 28260-1112 |
| GLL Properties 444 North<br>Michigan, LP<br>c/o Levin Ginsburg and Jeffrey Galkin<br>180 North LaSalle Street, Suite 3200<br>Chicago, Illinois 60601-2800 | General Electric Capital Corporation<br>GE Capital - attn: Courtney Timmerman<br>1010 Thomas Edison Blvd.<br>Cedar Rapids, IA 52404-8247 | Genworth Life and Annuity Insurance Co<br>PO Box 10720<br>Lynchburg, VA 24506-0720 |
| Globalcom<br>PO Box 71-5248<br>Columbus, OH 43271-5248 | Graphics Plus<br>1808 Ogden Avenue<br>Lisle, IL 60532-1501 | Guardian – Appleton<br>PO Box 677458<br>Dallas, TX 75267-7458 |
| Harris Bank<br>PO Box 88840<br>Carol Stream, IL 60188-0840 | Hartford<br>P.O. Box 660916<br>Dallas TX 75266-0916 | Hartford Fire Insurance Company<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 |
| Honda Power Equipment<br>Attn John Lally<br>4900 Marconi Dr.<br>Alpharetta, GA 30005-2033 | ING Life Insurance and Annuity Company<br>Anniversary Services<br>P.O. Box 150403<br>Hartford, CT 06115-0403 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Illinois Department of Revenue<br>P.O. Box 88294<br>Chicago, IL 60680-1294 | Illinois Director of Employment Security<br>PO Box 803412<br>Chicago, IL 60680-3412 |
| InnerWorkings<br>Accounts Receivable<br>27011 Network Place<br>Chicago IL 60673-1270 | Iron Mountain<br>PO Box 27128<br>New York, NY 10087-7128 | Iron Mountain Information Management, Inc.<br>Attn: Joseph Corrigan<br>745 Atlantic Avenue 10th Fl<br>Boston, MA 02111-2735 |
| Juskie Printing<br>2820 Hitchcock Ave.<br>Unit E<br>Downers Grove, IL 60515-4062 | K-Plus Computer Services<br>328 South Jefferson Street<br>Suite 218<br>Chicago, IL 60661-5664 | K-Plus Computer Services<br>600 W. Van Buren<br>Suite 1000<br>Chicago, IL 60607-3767 |

| | | |
|---|---|---|
| Kastle Systems<br>PO Box 75230<br>Baltimore, MD 21275-5230 | Lehigh Direct<br>1900 S. 25th Avenue<br>Broadview, IL 60155-2800 | Mannington Mills<br>Attn: Sandy Tyson<br>P.O. Box 30<br>Salem, NJ 08079-0030 |
| Melissa Data Corporation<br>22382 Avenida Empresa<br>Rancho Santa Margarita, CA 92688-2112 | Michael Best & Friedrich<br>Carrie C. Ruzicka<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Ste 2000<br>Chicago, IL 60601-6807 | Motive Enterprises, LLC<br>Attn: Anna Hathaway<br>910 Louisiana Street, Room 1162<br>Houston, TX 77002-4916 |
| North American/Graphic Services Group<br>2101 Claire Court<br>Glenview, IL 60025-7634 | Paylocity<br>Department #2007<br>PO Box 87844<br>Carol Stream, IL 60188-7844 | Pitney Bowes Global Financial Services<br>PO Box 371887<br>Pittsburgh PA 15250-7887 |
| Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville, FL 32256-6016 | Pitney Bowes Inc.<br>P.O. Box 371896<br>Pittsburgh PA 15250-7896 | Pitney Bowes Purchase Power<br>P.O. Box 371874<br>Pittsburgh PA 15250-7874 |
| Protective Life Insurance Company<br>PO Box 2224<br>Birmingham, AL 35246-0030 | Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | RT Associates<br>3727 Ventura Drive<br>Arlington Heights IL 60004-7552 |
| Scopelitis, Garvin, Light, Hanson & Feary<br>10 West Market Street<br>Suite 1500<br>Indianapolis, IN 46204-2965 | Shell Oil Company<br>910 Louisiana Street<br>Houston, TX 77002-4934 | Shell Oil Company<br>Motive Enterprises<br>P.O. Box 4935<br>Houston, TX 77210-4935 |
| Sprint<br>PO Box 219100<br>Kansas City, MO 64121-9100 | Tiger Direct<br>c/o SYX Services<br>PO Box 449001<br>Miami, FL 33144-9001 | Tobe Enterprises<br>9700 Park Plaza Ave.<br>Suite 210<br>Louisville, KY 40241-2287 |
| Towerstream Corporation<br>PO Box 414061<br>Boston, MA 02241-4061 | TransOptions Messaging, Inc.<br>Suite 207<br>19590 E. Mainstreet<br>Parker, CO 80138-7371 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 | Allied Insurance<br>PO Box 10479<br>Des Moines, IA 50306-0479 | Dell Business Credit<br>Payment Processing Center<br>PO Box 5275<br>Carol Stream, IL 60197-5275 |
| (d)Dell Financial Services Payment Processing Center<br>PO Box 5292<br>Carol Stream, IL 60197-5292 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 | Illinois Department of Revenue<br>James R. Thompson Center –<br>Concourse<br>100 W Randolph Street<br>Chicago, IL 60601-3274 |

eComSystems, Inc.
c/o Melissa Hinds
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-5474

eComsystems, Inc.
8237 Vicela Drive
Sarasota, FL 34240-1462

Rick Lattanzio
Strategic Fuse
444 N. Michigan Ave.
Suite 2800
Chicago, IL 60611

Alex D. Moglia
Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL 60173

Denise DeLaurent
Office of the U.S. Trustee,
Region 11
219 Dearborn Street
Room 873
Chicago, IL 60604

Dated: February 21, 2014.

                        Respectfully submitted,

                        Alex Moglia, Trustee of the Liquidating Trust for
                        SHARED MARKETING SERVICES, INC.


                        By:  /s/ Stephen T. Bobo
                              One of Its Attorneys

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
sbobo@reedsmith.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br>SHARED MARKETING SERVICES, INC.,<br>Debtor. | Chapter 11<br>Case No. 12-24275<br>Hon. Jack B. Schmetterer |

### NOTICE OF HEARING ON MOTION FOR FINAL DECREE

TO:   ALL CREDITORS AND PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on February 20, 2014, Alex Moglia, in his capacity as Trustee of the Liquidating Trust for Shared Marketing Services, Inc. (the "Debtor"), filed a motion for entry of a final decree closing this chapter 11 case. Enclosed with this notice is a copy of the report on distributions under the Debtor's confirmed plan that the Trustee filed with the Bankruptcy Court on January 22, 2014.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Trustee's motion for final decree on Thursday, March 20, 2014 at 11:30 a.m. before Bankruptcy Judge Jack B. Schmetterer in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604. Copies of the motion are available from the Clerk of the Bankruptcy Court or from Trustee's counsel, Stephen T. Bobo, Reed Smith LLP, 10 S. Wacker Drive, 40th Floor, Chicago, IL 60606, whose email address is sbobo@reedsmith.com.

**PLEASE TAKE FURTHER NOTICE** that any objection to the motion for entry of final decree must be placed in writing and filed no later than March 14, 2014 with the Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604, with a

copy served contemporaneously upon Debtor's counsel, Stephen T. Bobo, Reed Smith LLP, 10 S. Wacker Drive, 40th Floor, Chicago, IL 60606, whose email address is sbobo@reedsmith.com.

                Alex Moglia, Trustee of the Liquidating Trust for Shared Marketing Services, Inc.

                By: /s/ Stephen T. Bobo
                     One of his attorneys

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
sbobo@reedsmith.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>SHARED MARKETING SERVICES, INC.,<br><br>Debtor. | Case No. 12 B 24275<br>Chapter 11<br><br>Honorable Jack B. Schmetterer |

### REPORT ON DISTRIBUTIONS MADE UNDER THE CONFIRMED SECOND AMENDED CHAPTER 11 PLAN OF SHARED MARKETING SERVICES, INC.

This report is submitted pursuant to the order entered by this Court on November 14, 2013. January 1, 2014 was the Effective Date for the Second Amended Chapter 11 Plan (the "Plan") of Shared Marketing Services, Inc. (the "Debtor"). As of that date, Alex Moglia, in his capacity as Liquidating Trustee, took over control of the remaining assets of the Debtor. He is overseeing the collection of the Debtor's accounts receivable. As of January 17, 2014, the balance of the Debtor's outstanding accounts receivable totaled $148,868.

No distributions on account of pre-petition claims have yet been made as required under the Plan. Prior to the Effective Date, the Debtor paid the administrative expenses for the professional compensation and expense reimbursement awarded to Reed Smith LLP for its services through October 31, 2013. Still to be paid are the allowed administrative claims of Espinosa Trueba for final compensation and expense reimbursement in the amount of $40,844.00 and the allowed administrative claim of eComSystems, Inc. in the amount of $40,000. The administrative claim recently filed by Iron Mountain Information Management, LLC in the

amount of $18,498.29 is also outstanding, as well as certain other ordinary course business expenses incurred before the business ceased operating on December 31, 2013.

In addition to these administrative claims, various tax claims entitled to priority under Section 507(a)(8) have been filed against the Debtor's estate by the Internal Revenue Service, the Illinois Department of Revenue, and the Illinois Department of Employment Security. Following satisfaction of such priority claims, any remaining funds are to be distributed on account of Class 3 and Class 4 general unsecured claims as provided under the Plan.

Respectfully submitted,

Dated: January 22, 2014

Alex Moglia, as Liquidating Trustee of Shared Marketing Services, Inc.

By: /s/Stephen T. Bobo
One of his attorneys

Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
sbobo@reedsmith.com