242

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: )<br>Shared Marketing Services, Inc. )<br>)<br>)<br>)<br>)<br>)<br>Debtor(s) ) | BK No.: 12-24275<br><br>Chapter: 11<br>Honorable Jack B. Schmetterer |

**Order Granting Final Decree and Closing Case**

This matter came to be heard upon the motion of Alex Moglia, Trustee of the Liquidating Trust for Shared Marketing Services, Inc. for entry of a final decree closing this chapter 11 case. Following notice to all creditors, and after consideration of the motion and the statements of counsel, it is hereby Ordered:

1. The motion of the Liquidating Trustee is granted.

2. A final decree is entered in this chapter 11 case, and the case is closed.

3. Jurisdiction is reserved to reopen the case by motion and notice for good cause shown and also to enforce the plan.

Dated: 3/20/14

Enter:

United States Bankruptcy Judge

MAR 20 2014

**Prepared by:**
Stephen T. Bobo
Reed Smith LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606
(312)207-1000
sbobo@reedsmith.com

Rev: 20130104_bko